UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FAUN O'NEEL, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CITY OF FOLSOM, et al.,<br><br>   Defendants. | No. 2:21-cv-02403 WBS DB<br><br>ORDER APPOINTING DONNIE R. COX AS GUARDIAN AD LITEM FOR B.T., A.O., D.O., and A.T |

----oo0oo----

Based on the Application for Appointment of Donnie R. Cox as Guardian Ad Litem for B.T., A.O., D.O., and A.T., submitted January 4, 2022, the Points and Authorities and Declarations submitted in support of the order requested (Docket Nos. 6, 6-1, 6-2), and the court's discussion with Mr. Powell and Mr. Cox at the video hearing on February 22, 2022, and with good cause appearing IT IS HEREBY ORDERED that Donnie R. Cox is hereby appointed as the guardian ad litem for B.T., A.O., D.O., and A.T. for the duration of this case.

Dated:  February 22, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1