| | |
|---|---|
| **RIVERA HEWITT PAUL LLP**<br>11341 Gold Express Drive, Suite 160<br>Gold River, CA  95670<br>Tel: (916) 922-1200<br>Fax: (916) 922-1303<br><br>Jonathan B. Paul, SBN 215884<br>jpaul@rhplawyers.com<br>Shanan L. Hewitt, SBN 200168<br>shewitt@rhplawyers.com<br><br>Attorneys for Defendant,<br>County of Sacramento<br><br>**PORTER \| SCOTT**<br>350 University Ave., Suite 200<br>Sacramento, CA 95825<br><br>John R. Whitefleet<br>jwhitefleet@porterscott.com<br><br>Attorney for Defendants<br>City of Folsom, Spenser Heichlinger, Melanie Catanio, Lou Wright, Officers Austin and Husar | **POWELL & ASSOCIATES**<br>925 W. Hedding St.<br>San Jose, CA 95126<br>Tel: (408) 553-0201<br>Faz: (408) 553-0203<br><br>Robert R. Powell, SBN 159747<br>rpowell@rrpassociates.com<br><br>Samuel H. Park, SBN 261136<br>**ATTORNEY AT LAW**<br>148 Pacific Ave., #2<br>Pacific Grove, CA 93950<br>Tel: (831) 529-5955<br>sam@sampark.lawyer<br><br>Attorneys for Plaintiffs<br>Faun O'Neel, B.T., A.O., D.O., and A.T. |

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUN O'NEEL, individually and as Guardian Ad Litem for her children B.T., A.O., D.O., A.T.<br><br>*Plaintiffs*,<br>v.<br><br>CITY OF FOLSOM, a public entity; SPENSER HEICHLINGER, an individual; MELANIE CATANIO, an individual; LOU WRIGHT, and individual; [FNU] AUSTIN, and individual; [FNU] HUSAR, an individual; DOE CITY OF FOLSOM DEFENDANTS, individuals; COUNTY OF SACRAMENTO, a public entity; DOE DCFAS DEFENANTS, individuals; and DOES 1 through 10, inclusive,<br><br>*Defendants.* | CASE NO.: 2:21-cv-02403-WBS-DB<br><br>**STIPULATION TO DEEM ANSWER FILED BY CITY OF FOLSOM DEFENDANTS RESPONSIVE TO AMENDED COMPLAINT; ORDER** |

Plaintiffs FAUN O'NEEL, individually and as Guardian Ad Litem for her children B.T., A.O., D.O., A.T., by and through their counsel Robert R. Powell, Esq. of the Law Offices of Powell & Associates and Samuel H. Park, Esq., Attorney at Law, hereby agrees and stipulate that the Answer (ECF No. 17) filed by Defendants City of Folsom, Spenser Heichlinger, Melanie Catanio, Lou Wright, Officers Austin and Husar to the Complaint, shall be deemed responsive to the Amended Complaint (ECF No. 18).

IT IS SO STIPULATED.

Dated: May 12, 2022                **RIVERA HEWITT PAUL LLP**

/s/ *Jonathan B. Paul* (as authorized on 5.12.2022)
JONATHAN B. PAUL
Attorney for Defendant
County of Sacramento

Dated: May 12, 2022                **PORTER | SCOTT**

/s/ *John R. Whitefleet*
JOHN R. WHITEFLEET
Attorney for Defendants
City of Folsom, Spenser Heichlinger, Melanie Catanio, Lou Wright, Officers Austin and Husar

Dated: May 12, 2022                **POWELL & ASSOCIATES**

/s/ *Robert R. Powell* (as authorized on 5.12.2022)
ROBERT R. POWELL
Attorney for Plaintiffs
Faun O'Neel, B.T., A.O., D.O., and A.T.

## ORDER

Pursuant to the above stipulation and good cause appearing, the Answer (ECF No. 17) filed by Defendants City of Folsom, Spenser Heichlinger, Melanie Catanio, Lou Wright, Officers Austin and Husar to the Complaint, is hereby deemed responsive to the Amended Complaint (ECF No. 18).

Dated:  May 12, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE