1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

                                   ----oo0oo----

11

12  FAUN O'NEEL, individually and        No. 2:21-cv-02403 WBS DB
    as Guardian Ad Litem for her
13  children B.T., A.O., D.O.,
    and A.T.,
14
                     Plaintiffs,
15
         v.
16
    CITY OF FOLSOM, a public
17  entity; SPENSER HEICHLINGER,
    an individual; MELANIE
18  CATANIO, an individual; LOU
    WRIGHT, an individual; [FNU]
19  AUSTIN, an individual; [FNU]
    HUSAR, an individual, DOE
20  CITY OF FOLSOM DEFENDANTS,
    individuals; COUNTY OF
21  SACRAMENTO, a public entity;
    DOE DCFAS DEFENDANTS,
22  individuals; and DOES 1
    through 10, inclusive,
23
                     Defendants.
24

25
                                   ----oo0oo----
26

27              STATUS (PRETRIAL SCHEDULING) ORDER

28          After reviewing the parties' Joint Status Report, the

                                       1

court hereby vacates the Status (Pretrial Scheduling) Conference

scheduled for August 1, 2022, and makes the following findings

and orders without needing to consult with the parties any

further.

I.    SERVICE OF PROCESS

All defendants have been served, and no further service

is permitted without leave of court, good cause having been shown

under Federal Rule of Civil Procedure 16(b).

II.   JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to

pleadings will be permitted except with leave of court, good

cause having been shown under Federal Rule of Civil Procedure

16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

(9th Cir. 1992).

III.  JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. § 1331,

because plaintiffs assert claims alleging violation of their

rights under the United States Constitution.  Venue is undisputed

and hereby found to be proper.

IV.   DISCOVERY

The parties shall serve the initial disclosures

required by Federal Rule of Civil Procedure 26(a)(1) on or before

August 29, 2022.

The parties shall disclose experts and produce reports

in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

later than July 28, 2023.[1]  With regard to expert testimony

---

[1]    Although the parties have suggested separate deadlines
for (1) the close of "Non-Expert Discovery," (2) expert

1 intended solely for rebuttal, those experts shall be disclosed

2 and reports produced in accordance with Federal Rule of Civil

3 Procedure 26(a)(2) on or before August 15, 2023.

4       All discovery, including depositions for preservation

5 of testimony, is left open, save and except that it shall be so

6 conducted as to be completed by September 22, 2023.  The word

7 "completed" means that all discovery shall have been conducted so

8 that all depositions have been taken and any disputes relevant to

9 discovery shall have been resolved by appropriate order if

10 necessary and, where discovery has been ordered, the order has

11 been obeyed.  All motions to compel discovery must be noticed on

12 the magistrate judge's calendar in accordance with the local

13 rules of this court and so that such motions may be heard (and

14 any resulting orders obeyed) not later than September 22, 2023.

15 V.   MOTION HEARING SCHEDULE

16       All motions, except motions for continuances, temporary

17 restraining orders, or other emergency applications, shall be

18 filed on or before November 9, 2023.  All motions shall be

19 noticed for the next available hearing date.  Counsel are

20 cautioned to refer to the local rules regarding the requirements

21 for noticing and opposing such motions on the court's regularly

22 scheduled law and motion calendar.

23 VI.  FINAL PRETRIAL CONFERENCE

24       The Final Pretrial Conference is set for February 26,

25 2024, at 1:30 p.m. in Courtroom No. 5.  The conference shall be

26

disclosures, (3) rebuttal expert disclosures, and (4) the close

27 of "Expert Witness Discovery," the court prefers to set two

deadlines for expert disclosures and one date for the close of

28 all discovery.

1 | attended by at least one of the attorneys who will conduct the

2 | trial for each of the parties and by any unrepresented parties.

3 | Counsel for all parties are to be fully prepared for

4 | trial at the time of the Pretrial Conference, with no matters

5 | remaining to be accomplished except production of witnesses for

6 | oral testimony.  Counsel shall file separate pretrial statements,

7 | and are referred to Local Rules 281 and 282 relating to the

8 | contents of and time for filing those statements.  In addition to

9 | those subjects listed in Local Rule 281(b), the parties are to

10 | provide the court with: (1) a plain, concise statement which

11 | identifies every non-discovery motion which has been made to the

12 | court, and its resolution; (2) a list of the remaining claims as

13 | against each defendant; and (3) the estimated number of trial

14 | days.

15 | In providing the plain, concise statements of

16 | undisputed facts and disputed factual issues contemplated by

17 | Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

18 | that remain at issue, and any remaining affirmatively pled

19 | defenses thereto.  If the case is to be tried to a jury, the

20 | parties shall also prepare a succinct statement of the case,

21 | which is appropriate for the court to read to the jury.

22 | VII. TRIAL SETTING

23 | The jury trial is set for April 23, 2024, at 9:00 a.m.

24 | The parties estimate that the trial will last five to seven days.

25 | VIII.    SETTLEMENT CONFERENCE

26 | A Settlement Conference with a magistrate judge will be

27 | set at the time of the Pretrial Conference.  Counsel are

28 | instructed to have a principal with full settlement authority

1  present at the Settlement Conference or to be fully authorized to

2  settle the matter on any terms.  At least seven calendar days

3  before the Settlement Conference counsel for each party shall

4  submit a confidential Settlement Conference Statement for review

5  by the settlement judge.  The Settlement Conference Statements

6  shall not be filed and will not otherwise be disclosed to the

7  trial judge.

8  IX.   MODIFICATIONS TO SCHEDULING ORDER

9        Any requests to modify the dates or terms of this

10 Scheduling Order, except requests to change the date of the

11 trial, may be heard and decided by the assigned Magistrate Judge.

12 All requests to change the trial date shall be heard and decided

13 only by the undersigned judge.

14       IT IS SO ORDERED.

15 Dated:  July 22, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28