Robert R. Powell (SBN: 159747)
POWELL & ASSOCIATES
925 W. Hedding St.
San Jose, CA 95126
Phone: (408) 553-0201
Fax: (408) 553-0203
Email: rpowell@rrpassociates.com

Samuel H. Park (SBN: 261136)
LAW OFFICE OF SAMUEL H. PARK, APC
374d Bergin Drive
Monterey, CA 93940
Phone: (831) 529-5955
Email: sam@sampark.lawyer

Attorneys for All Plaintiffs.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUN O'NEEL, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF FOLSOM, et al.<br><br>　　　　Defendants. | No. 2:21-cv-2403 WBS DB<br><br>**STIPULATION OF THE PARTIES TO EXTEND DISCOVERY RELATED DEADLINES** |

## **STIPULATION**

This STIPULATION ("Stipulation") is made and entered into by and between all parties, through counsel, as follows:

### Recitals

WHEREAS, the parties have met and conferred regarding the need for additional time to complete fact discovery, expert disclosures, expert discovery, and file disposition motions, if any;

WHEREAS, the parties agree that an extension of 60 days for the completion of discovery and expert disclosures is necessary and appropriate; and,

WHEREAS, the parties respectfully request that the Court allow the disclosure of experts and all expert related discovery occur after the close of fact discovery to allow thorough assessment of what type and/or number of experts may need to be retained, and,

WHEREAS, there has been very reasonable efforts and communications made in an attempt to resolve this matter, that were ultimately unsuccessful, and the parties avoided incurring significant time and costs on discovery as part of that process, and,

GOOD CAUSE supports this Stipulation, in that the policy favoring disposition of cases on the merits and interests of justice would be served.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE THAT:**

1. The Status (Pretrial Scheduling) Order (Document 34) ("Scheduling Order") shall be modified as follows:

2.

| Deadline | Existing: | As Modified: |
|---|---|---|
| Disclosure of experts and production of FRCP 26(a)(2) reports | July 28, 2023 | September 28, 2023 |
| Disclosure of rebuttal experts and production | August 15, 2023 | October 16, 2023 |

| | | |
|---|---|---|
| of FRCP 26(a)(2) reports | | |
| Completion of all discovery, including depositions for preservation of testimony, | September 22, 2023 | November 22, 2023 |
| Motion Cutoff Date | November 9, 2023 | December 15, 2023 |

3.  All other provisions of the Scheduling Order not in conflict with the modified provisions hereinabove shall remain in full force and effect.

**IT IS SO STIPULATED.**

Date: 7/21/23                           /S/ Robert R. Powell
                                        ROBERT POWELL, ESQ.
                                        Attorney for Plaintiffs

Date: 7/21/23                           /S/ Johnathan B. Paul
                                        JONATHAN B. PAUL, ESQ.
                                        Attorneys for County of Sacramento

Date: 7/21/23                           /S/ John R. Whitefleet
                                        JOHN R. WHITEFLEET, ESQ.
                                        Attorney for City of Folsom

**ATTESTATION OF ELECTRONIC SIGNATURE**

I, Robert Powell, attest that all other signatories listed hereto, and on whose behalf this filing is submitted, concur in the content of this Stipulation and have authorized the filing.

Date: 7/21/23                           /S/ Robert R. Powell
                                        ROBERT POWELL, ESQ.
                                        Attorney for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -
ORDER ON STIPULATION OF THE PARTIES TO AMEND THE SCHEDULING ORDER

# ORDER

Having reviewed the Stipulation of the Parties to Amend the Scheduling Order and good cause appearing, the Status (Pretrial Scheduling) Order (Document 34) ("Scheduling Order") is hereby modified as follows:

| Deadline | Existing: | As Modified: |
|---|---|---|
| Disclosure of experts and production of FRCP 26(a)(2) reports | July 28, 2023 | September 28, 2023 |
| Disclosure of rebuttal experts and production of FRCP 26(a)(2) reports | August 15, 2023 | October 16, 2023 |
| Completion of all discovery, including depositions for preservation of testimony, | September 22, 2023 | November 22, 2023 |
| Motion cutoff date | November 9, 2023 | December 15, 2023 |

All other provisions of the Scheduling Order not in conflict with this order shall remain in full force and effect

**IT IS SO ORDERED.**

DATED: July 26, 2023        /s/ DEBORAH BARNES
                            UNITED STATES MAGISTRATE JUDGE