1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10                                ----oo0oo----

11

12   FAUN O'NEEL, individually and as        No. 2:21-cv-02403 WBS DB
     Guardian Ad Litem for her
13   children B.T., A.O., D.O., and
     A.T.,
14                                            ORDER
                  Plaintiffs,
15
           v.
16
     CITY OF FOLSOM, a public entity;
17   SPENSER HEICHLINGER, an
     individual; MELANIE CATANIO, an
18   individual; LOU WRIGHT, an
     individual; DOE CITY OF FOLSOM
19   DEFENDANTS, individuals; KERYN
     STARKS, an individual; SASHA
20   SMITH, an individual; COUNTY OF
     SACRAMENTO, a public entity; DOE
21   DCFAS DEFENDANTS, individuals;
     and DOES 1 through 10,
22   inclusive,

23                  Defendants.

24

25                                ----oo0oo----

26             Defendant County of Sacramento ("defendant") filed an

27   ex parte application to extend discovery and trial deadlines.

28   (Appl. (Docket No. 53).)  Plaintiffs opposed.  (Opp'n (Docket No.

                                      1

1    54).)

2          On September 5, 2023, plaintiffs filed their Third

3    Amended Complaint ("TAC"). (Docket No. 49.) The TAC adds two

4    defendants[1], three judicial deception & continued detention

5    claims, and new allegations for damages. (Id.; Appl. Mem.

6    (Docket No. 53-1) at 2-4.) Defendant seeks a 90-day extension to

7    discovery and trial-related deadlines to conduct discovery

8    relating to these additions. Plaintiffs argue that this is not

9    an earnest request because fact discovery has now been open for

10   over a year, but none of the defendants have made any discovery

11   requests or attempted to depose any witnesses. (Opp'n at 2.)

12   Plaintiffs further allege that they would be prejudiced by an

13   extension because it would add to their legal expenses. (Id. at

14   5.)

15         Parties conferred, unsuccessfully, about a stipulated

16   agreement for extending deadlines. Plaintiffs offered defendant

17   a 30-day extension of all pre-trial dates, but only if all

18   defendants would stipulate that expert testimony on the issue of

19   exigency/warrantless removals "do[es] not apply." (Appl. Mem. at

20   4.) That offer was apparently declined, and defendant's instant

21   ex parte application is the result.

22         A party seeking to modify a scheduling order must make

23   a showing of good cause, a standard which focuses on the

24   diligence of the moving party. Fed. R. Civ. P. 16(b)(4); Johnson

25   v. Mammoth Recreations, Inc., 915 F.2d 604, 608-09 (9th Cir.

26   1992). Plaintiffs' recent filing of the TAC and defendant's

27   _____

28         [1]   One of the new defendants, Sasha Smith, is now
     represented by the County of Sacramento. (Appl. Mem. at 4.)

1  reasonable diligence in seeking an extension shortly thereafter

2  provide sufficient good cause to modify the scheduling order.

3  Further, while the court takes note of plaintiffs' charge that no

4  defendant has undertaken any discovery up to this point,

5  plaintiffs fail to demonstrate any concrete, overriding prejudice

6  they would suffer from any extension.  Accordingly, the court

7  will extend discovery and trial-related deadlines by 60 days,

8  with adjustments as necessary to account for weekends, holidays,

9  and the court's availability for pretrial conference and trial.

10        IT IS THEREFORE ORDERED that the Stipulated Request to

11  Continue Pre-Trial Deadlines Order (Docket No. 46) and Status

12  (Pretrial Scheduling) Order (Docket No. 34) be, and the same

13  hereby are, MODIFIED as follows:

| Deadline | Existing | As Modified |
| --- | --- | --- |
| Disclosure of experts and production of Fed. R. Civ. P. 26(a)(2) reports | September 28, 2023 | November 27, 2023 |
| Disclosure of rebuttal experts and production of Fed. R. Civ. P. 26(a)(2) reports | October 16, 2023 | December 15, 2023 |
| Completion of all discovery, including depositions for preservation of testimony; all discovery motions | November 22, 2023 | January 19, 2024 |

| Deadline | Existing | As Modified |
|---|---|---|
| All motions, except motions for continuances, temporary restraining orders, or other emergency applications | December 15, 2023 | February 13, 2024 |
| Final pretrial conference | February 26, 2024, at 1:30 p.m. in Courtroom No. 5 | May 6, 2024, at 1:30 p.m. in Courtroom No. 5 |
| Jury trial | April 23, 2024 | June 25, 2024, at 9:00 a.m. at Courtroom No. 5 |

IT IS SO ORDERED.

Dated:   September 28, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4