UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FAUN O'NEEL, individually and as Guardian Ad Litem for her children B.T., A.O., D.O., and A.T.,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF FOLSOM, a public entity; SPENSER HEICHLINGER, an individual; MELANIE CATANIO, an individual; LOU WRIGHT, an individual; DOE CITY OF FOLSOM DEFENDANTS, individuals; KERYN STARKS, an individual; SASHA SMITH, an individual; COUNTY OF SACRAMENTO, a public entity; DOE DCFAS DEFENDANTS, individuals; and DOES 1 through 10, inclusive,<br><br>            Defendants. | No. 2:21-cv-02403-WBS-DB<br><br>ORDER |

----oo0oo----

Plaintiffs request to file under seal the Declaration of Robert R. Powell in support of the Petition for Approval of Minor's Compromise. (Docket No. 77.) Plaintiffs state that this

1

document should remain under seal because it reveals the legal names of minor children and their full bank account numbers. Defendants have not filed any opposition to the request.

Good cause appearing, the request (Docket No. 77) to seal the Declaration of Robert R. Powell in support of the Petition for Approval of Minor's Compromise is hereby GRANTED. Plaintiffs shall file the declaration under seal within five days.

IT IS SO ORDERED

Dated: February 6, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE