UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FAUN O'NEEL, individually and as Guardian Ad Litem for her children B.T., A.O., D.O., and A.T.,<br><br>           Plaintiffs,<br><br>     v.<br><br>CITY OF FOLSOM, a public entity; SPENSER HEICHLINGER, an individual; MELANIE CATANIO, an individual; LOU WRIGHT, an individual; DOE CITY OF FOLSOM DEFENDANTS, individuals; KERYN STARKS, an individual; SASHA SMITH, an individual; COUNTY OF SACRAMENTO, a public entity; DOE DCFAS DEFENDANTS, individuals; and DOES 1 through 10, inclusive,<br><br>           Defendant. | No. 2:21-cv-02403 WBS DB<br><br><br>ORDER |

----oo0oo----

Plaintiffs' request for expedited consideration on the papers of their motion for approval of minor's compromise (Docket No. 76.) is DENIED. The court will hear plaintiffs' motion as

1

previously scheduled on March 18, 2024, at 1:30 p.m. in Courtroom 5.

IT IS SO ORDERED.

Dated: February 15, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE