UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FAUN O'NEEL, individually and as Guardian Ad Litem for her children B.T., A.O., D.O., and A.T.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FOLSOM, a public entity; SPENSER HEICHLINGER, an individual; MELANIE CATANIO, an individual; LOU WRIGHT, an individual; DOE CITY OF FOLSOM DEFENDANTS, individuals; KERYN STARKS, an individual; SASHA SMITH, an individual; COUNTY OF SACRAMENTO, a public entity; DOE DCFAS DEFENDANTS, individuals; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:21-cv-02403-WBS-DB<br><br>ORDER |

----oo0oo----

Defendants request to file under seal the Declarations of Jonathan B. Paul and Jennifer McLaren and accompanying exhibits, which are provided in support of their motion for

1

1  summary judgment.  (Docket No. 81.)  Defendants state that these
2  documents should remain under seal because they contain
3  information that is confidential, sensitive, or potentially
4  invasive of an individual's privacy interest; not generally
5  known; and not normally revealed to the public or third parties
6  or, if disclosed to third parties, would require such third
7  parties to maintain the information in confidence.  The documents
8  at issue contain extensive information pertaining to the minor
9  plaintiffs, including juvenile dependency case files and
10 interviews with the children.  Plaintiffs have not filed any
11 opposition to the request.
12          Good cause appearing, the request (Docket No. 81) to
13 seal the Declarations of Jonathan B. Paul and Jennifer McLaren
14 and accompanying exhibits is hereby GRANTED.  Plaintiffs shall
15 file the declarations and exhibits under seal within five days.
16          IT IS SO ORDERED.
17 Dated:  March 11, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2