UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FAUN O'NEEL, individually and as Guardian Ad Litem for her children B.T., A.O., D.O., and A.T.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FOLSOM, a public entity; SPENSER HEICHLINGER, an individual; MELANIE CATANIO, an individual; LOU WRIGHT, an individual; DOE CITY OF FOLSOM DEFENDANTS, individuals; KERYN STARKS, an individual; SASHA SMITH, an individual; COUNTY OF SACRAMENTO, a public entity; DOE DCFAS DEFENDANTS, individuals; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:21-cv-02403 WBS DB<br><br>ORDER |

----oo0oo----

Plaintiffs request to file under seal several exhibits, which are provided in opposition to defendants' motion for summary judgment. (Docket No. 89.) The documents at issue

1

contain sensitive information pertaining to the minor plaintiffs, including photos of one of the children and various documents from juvenile dependency cases and police investigations. The court previously granted defendants' request to seal similar documents. (See Docket No. 87.)

Good cause appearing, the request to seal (Docket No. 89) is hereby GRANTED. Plaintiffs shall file Exhibits 1 through 8 to the Powell Declaration under seal within five days.

IT IS SO ORDERED.

Dated: March 13, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2