1  ROBERT R. POWELL, SBN: 159747
   POWELL & ASSOCIATES
2  925 West Hedding Street
   San Jose, California 95126
3  T: (408) 553-0201 F: (408) 553-0203
   E: rpowell@rrpassociates.com
4
5  SAMUEL H. PARK (SBN: 261136)
   Attorney at Law
6  148 Pacific Ave., #2
   Pacific Grove, CA 93950
7  T: (831) 529-5955
   sam@sampark.lawyer
8
9  Attorneys for Plaintiffs

10
               UNITED STATES DISTRICT COURT
11             EASTERN DISTRICT OF CALIFORNIA

12 Faun Oneel, et al.                    Case No.: 2:21-cv-02403-WBS-DB

13         Plaintiffs,
                                         **[PROPOSED]**
14     v.                                **ORDER GRANTING EX-PARTE MOTION**
                                         **TO EXCUSE LATE FILED PLAINTIFF'S**
15 City of Folsom, et al.                **OPPOSITION TO DEFENDANTS**
                                         **MOTION FOR SUMMARY JUDGMENT,**
16         Defendants.                   **OR IN THE ALTERNATIVE PARTIAL**
                                         **SUMMARY ADJUDICATION OF ISSUES**
17
18
                                         Judge: Hon. William B. Shubb
19                                       Magistrate Judge: Hon. Deborah Barnes
20
21
22      Based on Plaintiffs Ex-Parte Motion to Excuse Late Filed Plaintiff's Opposition to

23 Defendants Motion for Summary Judgment, Or In The Alternative Partial Summary

24 Adjudication Of Issues filed the 14th of March, 2024, and upon review of same and any

25 objections thereto, the Court hereby orders as follows;

                                         1
_____
Proposed Order Re: EX-PARTE NOTICE AND IN SUPPORT OF RELIEF REQUESTED
Oneel, et al., v. City of Folsom, et al.
Case No.: 2:21-cv-02403-WBS-DB

Good cause appearing, the request to GRANT Ex-parte to excuse late filed Plaintiff's Opposition to Defendants Motion for Summary Judgement, or in the Alternative Partial Summary Adjudication of Issues, is hereby GRANTED.

**IT IS SO ORDERED.**

Date: March____, 2024

**HON. WILLIAM B. SHUBB
EASTERN DISTRICT COURT**

2

Proposed Order Re: EX-PARTE NOTICE AND IN SUPPORT OF RELIEF REQUESTED
Oneel, et al., v. City of Folsom, et al.
Case No.: 2:21-cv-02403-WBS-DB