UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FAUN O'NEEL, individually and as Guardian Ad Litem for her children B.T., A.O., D.O., and A.T.,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF FOLSOM, a public entity; SPENSER HEICHLINGER, an individual; MELANIE CATANIO, an individual; LOU WRIGHT, an individual; DOE CITY OF FOLSOM DEFENDANTS, individuals; KERYN STARKS, an individual; SASHA SMITH, an individual; COUNTY OF SACRAMENTO, a public entity; DOE DCFAS DEFENDANTS, individuals; and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. 2:21-cv-02403 WBS DB<br><br>ORDER |

----oo0oo----

Plaintiffs move ex parte to excuse the late filing of their opposition to defendants' motion for summary judgment. (Docket No. 92.) The opposition was due on March 12, 2024. (See

1

Docket No. 86.)  Plaintiffs' counsel represents that the opposition was filed only three hours and 38 minutes late, in the early morning of March 13, 2024.

Good cause appearing, and there no prejudice to defendants or impact on the court's docket having been shown, the motion (Docket No. 92) is hereby GRANTED.  Plaintiffs' opposition memorandum (Docket No. 88) is deemed properly filed.

IT IS SO ORDERED.

Dated:  March 18, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2