UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FAUN O'NEEL, individually and as Guardian Ad Litem for her children B.T., A.O., D.O., and A.T.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FOLSOM, a public entity; SPENSER HEICHLINGER, an individual; MELANIE CATANIO, an individual; LOU WRIGHT, an individual; DOE CITY OF FOLSOM DEFENDANTS, individuals; KERYN STARKS, an individual; SASHA SMITH, an individual; COUNTY OF SACRAMENTO, a public entity; DOE DCFAS DEFENDANTS, individuals; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | No. 2:21-cv-02403 WBS DB<br><br>ORDER |

----oo0oo----

Defendants move ex parte to extend the deadline for filing their reply in support of their motion for summary judgment. (Docket No. 97.) Defense counsel represents that the

1

extension is needed due to trial preparation and appearances in other matters.  This court previously addressed a similar request and issued an order excusing the slightly late filing of plaintiffs' opposition.  (See Docket No. 94.)

Counsel for both sides would be well advised in this and future matters to stipulate to resolve such trivial issues rather than unnecessarily using court resources.  The court also observes that had defense counsel not refused to stipulate to the timely filing of plaintiffs' late opposition (see Docket No. 92 at 7), plaintiffs' counsel might have been willing to similarly stipulate here, saving time and expense for all parties.

Good cause appearing, the motion (Docket No. 97) is hereby GRANTED.  Defendants' reply shall be due on March 29, 2024.

IT IS SO ORDERED.

Dated:  March 22, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2