UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FAUN O'NEEL, individually and as Guardian Ad Litem for her children B.T., A.O., D.O., and A.T., <br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FOLSOM, a public entity; SPENSER HEICHLINGER, an individual; MELANIE CATANIO, an individual; LOU WRIGHT, an individual; DOE CITY OF FOLSOM DEFENDANTS, individuals; KERYN STARKS, an individual; SASHA SMITH, an individual; COUNTY OF SACRAMENTO, a public entity; DOE DCFAS DEFENDANTS, individuals; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | No. 2:21-cv-02403 WBS DB<br><br>ORDER |

----oo0oo----

Good cause appearing, defendants' ex parte motion to excuse the late filing of their sealed exhibits (Docket No. 100) is hereby GRANTED. Defendants' sealed exhibits (see Docket No.

1

1 | 99) are deemed properly filed.
2 |       IT IS SO ORDERED.
3 | Dated: April 1, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE