UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FAUN O'NEEL, individually and as Guardian Ad Litem for her children B.T., A.O., D.O., and A.T.,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF FOLSOM, a public entity; SPENSER HEICHLINGER, an individual; MELANIE CATANIO, an individual; LOU WRIGHT, an individual; DOE CITY OF FOLSOM DEFENDANTS, individuals; KERYN STARKS, an individual; SASHA SMITH, an individual; COUNTY OF SACRAMENTO, a public entity; DOE DCFAS DEFENDANTS, individuals; and DOES 1 through 10, inclusive,<br><br>   Defendants. | No. 2:21-cv-02403 WBS DB<br><br>ORDER |

----oo0oo----

Defendants request to file under seal excerpts of the deposition transcripts of Faun O'Neel and D.O. (Docket No. 102), which are provided in further support of their motion for summary

1

1 | judgment.

2 |     Good cause appearing, defendants' request (Docket No.
3 | 102) to seal is hereby GRANTED.  Defendants shall file the
4 | exhibits under seal within five days of this Order.
5 |     IT IS SO ORDERED.
6 | Dated:   April 1, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE