UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FAUN O'NEEL, individually and as Guardian Ad Litem for her children B.T., A.O., D.O., and A.T., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FOLSOM, a public entity; SPENSER HEICHLINGER, an individual; MELANIE CATANIO, an individual; LOU WRIGHT, an individual; DOE CITY OF FOLSOM DEFENDANTS, individuals; KERYN STARKS, an individual; SASHA SMITH, an individual; COUNTY OF SACRAMENTO, a public entity; DOE DCFAS DEFENDANTS, individuals; and DOES 1 through 10, inclusive, <br><br> Defendants. | No. 2:21-cv-02403 WBS DB <br><br> ORDER RE: BILLS OF COSTS |

----oo0oo----

The court granted summary judgment in favor of defendants County of Sacramento, Sasha Smith, and Keryn Starkes on April 18, 2024. (Docket No. 110.)  Judgment for those

1

defendants was entered on May 17, 2024.  (Docket No. 114.) Defendants subsequently submitted two bills of costs: one for the County and Smith (Docket No. 115) and one for Starkes (Docket No. 116).

The County and Smith claim itemized costs of $611.85 for service fees, $580 for witness fees, and $18,386.25 for printed or electronically recorded transcripts necessarily obtained for use in the case, for a total bill of $19,578.10. (Docket No. 115.)

Starkes claims total itemized costs of $8,522.25 for printed or electronically recorded transcripts necessarily obtained for use in the case.  (Docket No. 116.)

Plaintiffs have not objected to the bills of costs and the time to do so has passed.  See L.R. 292(c).  In light of their lack of objection, costs of $28,1000.35 will be taxed to plaintiffs.

Pursuant to Local Rule 292(e), plaintiffs may file a motion for review of the taxing of all or any part of these costs within seven days of the date of this Order.  If no such motion is filed, this Order will stand as final.

IT IS SO ORDERED.

Dated:  June 20, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE