Jonathan B. Paul (SBN 215884)
Kristlenne C. Vicuna (SBN 329000)
**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
T: (916) 922-1200
F: (916) 922-1303
E: jpaul@rhplawyers.com
E: kvicuna@rhplawyers.com

Attorneys for Defendants
COUNTY OF SACRAMENTO and
SASHA SMITH

Serena Warner, (SBN 264799)
Bruce A. Kilday, (SBN 66415)
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Ave, Ste. 150
Sacramento, CA 95825
T: (916) 564-6100 ext. 235
F: (916)564-6263
E:  swarner@akk-law.com

Attorneys for Defendant
KERYN STARKES

ROBERT R. POWELL, (SBN 159747)
POWELL & ASSOCIATES
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0201 F: (408) 553-0203
E: rpowell@rrpassociates.com

Samuel H. Park (SBN 261136)
Law Office Of Samuel H. Park, APC
148 Pacific Ave., #2
Pacific Grove, CA 93950
T: (831) 529-5955
E: sam@sampark.lawyer

Attorney for Plaintiffs
FAUN O'NEEL, individually and as GAL for
her Children, B.T., A.O., D.O., and A.T.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUN O'NEEL, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>CITY OF FOLSOM, et al.,<br><br>   Defendants. | Case No. 2:21-cv-02403-WBS-DB<br><br>**STIPULATION AND ORDER CORRECTING THE AMOUNT OF COSTS TAXED TO PLAINTIFFS**<br><br>Trial Date: 06/25/2024<br>Action Filed: 12/24/2021 |

## STIPULATION

The parties, Plaintiffs FAUN O'NEEL, B.T., A.O., D.O., A.T.; Defendants COUNTY OF SACRAMENTO, SASHA SMITH, and KERYN STARKES, stipulate to the taxing of costs to plaintiffs as follows:

1     WHEREAS on May 20, 2024, Defendants County of Sacramento and Sasha Smith filed a Bill of Costs for recovery of $19,578.10 from plaintiffs;

    WHEREAS on May 31, 2024, Defendant Keryn Starkes filed a Bill of Costs for recovery of $8,522.25 from plaintiffs;

    WHEREAS the collective amount of the Defendants' costs is $28,100.35;

    WHEREAS on June 21, 2024, this court issued an order (ECF No. 119) regarding the Bill of Costs providing that in light of the lack of objection from plaintiffs, costs of $28,1000.25 will be taxed to plaintiffs absent objection within seven days; and

    WHEREAS no motion for review of the taxing of costs was filed within seven days of June 21, 2024.

    THE PARTIES HEREBY STIPULATE that the correct amount of the costs to be taxed is $28,100.35.

**IT IS SO STIPULATED.**     Respectfully submitted,

DATED: July 8, 2024     RIVERA HEWITT PAUL LLP

/s/ *Jonathan B. Paul*

_____
JONATHAN B. PAUL
KRISTLENNE C. VICUNA
Attorneys for Defendants
COUNTY OF SACRAMENTO
and SASHA SMITH

DATED: July 7, 2024     ANGELO, KILDAY & KILDUFF, LLP

/s/ *Serena Warner*

(*As authorized on July 7, 2024* )

_____
SERENA M. WARNER
BRUCE A. KILDAY
Attorneys for Defendant
KERYN STARKES

DATED: July 6, 2024  POWELL & ASSOCIATES

*/s/ Robert R. Powell*
(*As authorized on July 6, 2024*)

_____
ROBERT R. POWELL,
Attorneys for Plaintiffs
FAUN O'NEEL, individually and as GAL for her Children, B.T., A.O., D.O., and A.T.

## ORDER

Having reviewed and considered the stipulation among the parties, the Court finds that good cause exists to grant the stipulation of the parties and orders that costs of $28,100.25 are taxed to plaintiffs as of the date of the filing of this Order.

**IT IS SO ORDERED.**

**Dated: July 9, 2024**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE